1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11

12   JOHN RAY DYNES,                      1:10-cv-00748-MJS (PC)

13          Plaintiff,                    ORDER GRANTING APPLICATION
                                          TO PROCEED IN FORMA PAUPERIS
14   v.                                   (Doc. 2)

15   FRESNO   COUNTY   DETENTION
     CENTER MAINTENANCE STAFF,                          and
16
            Defendants.                   DIRECTING PAYMENT
17                                        OF INMATE FILING FEE BY
     _____/      FRESNO COUNTY JAIL
18
            Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has
19
     requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has
20
     made the showing required by § 1915(a) and, accordingly, his request to proceed in forma
21
     pauperis will be granted.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this
22
     action.  28 U.S.C. § 1915(b)(1).  He shall make monthly payments in the amount of twenty
23
     percent (20%) of the preceding month's income credited to his jail trust account.  The Fresno
24
     County Jail is required to send to the Clerk of the Court payments from Plaintiff's account each
25
     time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28
26
     U.S.C. § 1915(b)(2).
27
            In accordance with the above and good cause appearing therefore, IT IS HEREBY
28

-1-

1    ORDERED that:

2              1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

3              **2.  The Sheriff of the Fresno County Jail or his designee shall collect**

4    **payments from plaintiff's prison trust account in an amount equal to twenty percent**

5    **(20%) of the preceding month's income credited to the prisoner's trust account and**

6    **shall forward those payments to the Clerk of the Court each time the amount in the**

7    **account exceeds $10.00,  in accordance with 28 U.S.C. § 1915(b)(2), until a total of**

8    **$350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall**

9    **be clearly identified by the name and number assigned to this action.**

10             3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

11   plaintiff's in forma pauperis application on the Sheriff of the Fresno County Jail, via the court's

12   electronic case filing system (CM/ECF).

13             4.  The Clerk of the Court is directed to serve a copy of this order on the

14   Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

15             5.  Within sixty (60) days of the date of service of this order, Plaintiff shall submit

16   a  certified copy of his prison trust account statement for the six-month period immediately

17   preceding the filing of the complaint unless he has already done so.

18

19

20   IT IS SO ORDERED.

21   Dated:    June 16, 2010              /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

-2-