# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY DYNES, | CASE NO.   1:10-cv-748-MJS (PC) |
| Plaintiff, | ORDER DIRECTING CLERK TO CLOSE CASE |
| v. | |
| FRESNO COUNTY DETENTION CENTER MAINTENANCE STAFF, | |
| Defendant. | |

Plaintiff John Ray Dynes ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On November 29, 2010, Plaintiff filed a Notice of Voluntary Dismissal asking the Court to dismiss this action. (ECF No. 15.)  Because neither an answer nor a motion for summary judgment has been filed, Plaintiff's Notice of Voluntary Dismissal terminates this action.  Fed. R. Civ. P. 41(a)(1)(A)(i).  No further action is required by the Court; the Clerk is directed to close the case.

IT IS SO ORDERED.

Dated:   December 5, 2010          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

1